UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| JASBIR SINGH,<br><br>Petitioner,<br><br>v.<br><br>SCOTT A. MAPLES, JR. Warden of Clark County Jail,<br>DIRECTOR Immigration and Customs Enforcement Chicago Field Office,<br>DAVID VENTURELLA Acting Director, Immigration and Customs Enforcement,<br>MARKWAYNE MULLIN Secretary, Department of Homeland Security,<br>TODD BLANCHE Attorney General,<br><br>Respondents. | No. 4:26-cv-00303-TWP-KMB |

**Order to Show Cause**

The Court, having considered the above action and the matters which are pending, makes the following rulings:

1. To promote efficient briefing of this action, Petitioner is encouraged to provide a courtesy copy of the petition and any exhibits, along with a copy of this Order to the following:

Gina Shields, Assistant U.S. Attorney (Gina.Shields@usdoj.gov)

Jeff Lowe, Kightlinger and Gray (jlowe@k-glaw.com)

These individuals **may** be willing to waive formal service under Rule 4 of the Federal Rules of Civil Procedure on behalf of their clients.

2. If counsel noted in step 1 does not agree to waive service, Petitioner is directed to serve a copy of the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on

Respondents consistent with Rule 4. Along with the petition and any exhibits, service must also include a copy of this Order.

3. Respondents will have **seven days** from the date service is made or waived, to answer the allegations of the habeas petition and **show cause** why the relief sought by Petitioner should not be granted. Petitioner will have **four days after service of the answer** to reply.

4. Respondents shall not transfer Petitioner outside the jurisdiction of the United States or to another federal judicial district during the pendency of this habeas petition without further order of Court following a proper motion by Respondents. *A.A.R.P. v. Trump*, 145 S. Ct. 1364, 1369 (2025); *United States v. United Mine Workers of Am.*, 330 U.S. 258, 293 (1947).

**IT IS SO ORDERED.**

Date: November 6, 2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Florence Italia Patti
Indiana Federal Community Defenders
italia.patti@fd.org